# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

KRISTOPHER BOGGS,

       Plaintiff,

       v.

NANCY A. BERRYHILL,
Deputy Commissioner of Social
Security,

       Defendant.

Case No. 6:17-cv-01583-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 18), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Russo's Findings and Recommendation (ECF No. 18) is adopted in full. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

DATED this 6th day of November, 2018.


                    /s/ Michael J. McShane
                    Michael McShane
              United States District Judge